Dana B. Taschner, Esq., SBN 135494
dbt@lanierlawfirm.com
Lee A. Cirsch, Esq., SBN 227668
lec@lanierlawfirm.com
LANIER LAW FIRM
2049 Century Park East, Suite 1940
Los Angeles, CA 90067
Phone: (310) 277-5100
Fax: (310) 277-5103

W. Mark Lanier
wml@lanierlawfirm.com
LANIER LAW FIRM, PC
6810 FM 1960 West
Houston, Texas 77069
Phone: (713) 659-5200
Fax: (713) 659-2204

Attorneys for Plaintiffs MAURICE BRIGHAM and LANCE ORTLAND, and all others similarly situated

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MAURICE BRIGHAM and LANCE ORTLAND, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., an Indiana Corporation; JOHNSON & JOHNSON SERVICES, INC., a New Jersey Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:10-cv-03886-SI<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER RE INSPECTION PROTOCOL AND FOR ORDER SHORTENING TIME** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Maurice Brigham and Lance Ortland hereby withdraw without prejudice their Motion for Protective Order Re Inspection Protocol And For Order Shortening Time, filed on October 12, 2010, due to Judge Illston's current unavailability and pursuant to the request of the clerk of the Court.

Dated: October 18, 2010

_____
Dana B. Taschner
dbt@lanierlawfirm.com
Lee A. Cirsch
lec@lanierlawfirm.com
LANIER LAW FIRM, PC
2049 Century Park East, Suite 1940
Los Angeles, CA 90067
Phone: (310) 277-5100
Fax:  (310) 277-5103

W. Mark Lanier
wml@lanierlawfirm.com
LANIER LAW FIRM, PC
6810 FM 1960 West
Houston, Texas 77069
Phone: (713) 659-5200
Fax: (713) 659-2204